UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEELIMA VEGESNA, | Case No.: 12-CV-05314 |
| Plaintiff, | |
| v. | ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT, ADR CERTIFICATIONS, AND STIPULATION TO ADR PROCESS OR A NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| MONTEREY COUNTY, MONTEREY COUNTY NATIVIDAD MEDICAL CENTER, DR. PETER CHANDLER, DR. GARY GREY, DOES 1-50 inclusive, | |
| Defendants. | |

As set forth in the ADR Scheduling Order (ECF No. 3) and the Local Rules, the parties were required to file a joint case management statement by March 6, 2013, seven days in advance of the parties' March 13, 2013 case management conference. The parties have not yet filed a joint case management statement. The parties were also required to file their ADR Certifications, as well as a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference by February 14, 2013. The parties have not filed any of these documents. The parties are hereby ORDERED to file: (1) their joint case management statement; (2) their ADR Certifications; and (3) a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference by March 11, 2013.

1

Case No.: 12-CV-05314
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT, ADR CERTIFICATIONS, AND STIPULATION TO ADR PROCESS OR A NOTICE OF NEED FOR ADR PHONE CONFERENCE

1  **IT IS SO ORDERED.**

2  Dated: March 7, 2012

                                              LUCY H. KOH
3                                                United States District Judge

**United States District Court**
**For the Northern District of California**

2

Case No.: 12-CV-05314
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT, ADR CERTIFICATIONS, AND STIPULATION TO ADR PROCESS OR A NOTICE OF NEED FOR ADR PHONE CONFERENCE