**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEELIMA VEGESNA, ) | Case No.: 12-CV-05314 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO FILE STIPULATION OF |
| v. ) | DISMISSAL; ORDER CONTINUING |
| ) | CASE MANAGEMENT CONFERENCE |
| MONTEREY COUNTY, MONTEREY ) | |
| COUNTY NATIVIDAD MEDICAL CENTER, ) | |
| DR. PETER CHANDLER, DR. GARY GREY, ) | |
| DOES 1-50 inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff has submitted a notice stating that the parties have reached a settlement in this matter. The parties are hereby ORDERED to file a stipulation of dismissal by April 15, 2013. The case management conference scheduled for March 13, 2013 is hereby CONTINUED to April 24, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05314
ORDER TO FILE STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1