UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEELIMA VEGESNA, <br><br> Plaintiff, <br><br> v. <br><br> MONTEREY COUNTY, MONTEREY COUNTY NATIVIDAD MEDICAL CENTER, DR. PETER CHANDLER, DR. GARY GREY, DOES 1-50 inclusive, <br><br> Defendants. | Case No.: 12-CV-05314 <br><br> ORDER TO FILE STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff has submitted a notice stating that the parties have reached a settlement in this matter. The parties are hereby ORDERED to file a stipulation of dismissal by April 15, 2013. The case management conference scheduled for March 13, 2013 is hereby CONTINUED to April 24, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 12, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05314
ORDER TO FILE STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1