**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NEELIMA VEGESNA, | ) | Case No.: 12-CV-05314 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER DISMISSING CASE |
| MONTEREY COUNTY, MONTEREY COUNTY NATIVIDAD MEDICAL CENTER, DR. PETER CHANDLER, DR. GARY GREY, DOES 1-50 inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

On April 24, 2013, Plaintiff filed a notice stating Plaintiff's intent to dismiss Plaintiff's case with prejudice as to all Defendants. ECF No. 13. Plaintiff's request for dismissal is GRANTED and the action is dismissed with prejudice as to all Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 24, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge