UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEELIMA VEGESNA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MONTEREY COUNTY, MONTEREY COUNTY NATIVIDAD MEDICAL CENTER, DR. PETER CHANDLER, DR. GARY GREY, DOES 1-50 inclusive,<br><br>　　　　　　　Defendants. | Case No.: 12-CV-05314<br><br>ORDER DISMISSING CASE |

On April 24, 2013, Plaintiff filed a notice stating Plaintiff's intent to dismiss Plaintiff's case with prejudice as to all Defendants. ECF No. 13. Plaintiff's request for dismissal is GRANTED and the action is dismissed with prejudice as to all Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 24, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CV-05314
ORDER DISMISSING CASE

1